IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUWAYNE CAREY, | Civil Action No. 06 - 1578 |
| Plaintiff, | |
| v. | Judge Terrence F. McVerry / Magistrate Judge Lisa Pupo Lenihan |
| SUPERINTENDENT BARRY JOHNSON; SUSAN MYERS, *CHCH*; MATTHEW MORROW, *EMPLOYMENT COORDINATOR*; MARK HAMMER, *P.A.*; DR. JAMIL AHMED; and DR. DURRE AHMED, | |
| Defendants. | |

### SCHEDULING O R D E R

On this 23rd day of February, 2007,

IT IS HEREBY ORDERED that no formal discovery, such as interrogatories, requests for production or requests for admission will be allowed in this case without leave of court. However, no later than June 1, 2007, the defendant(s) shall provide plaintiff with the following:

(1) all incident reports in its possession concerning the alleged incident or incidents;

(2) all documents in its possession concerning the crime Plaintiff alleges he was falsely charged with, including the charge itself and anything relating to the due process, if any, granted to Plaintiff in defending himself against the charge.

(3) all documents indicating how the hearing on the charge was conducted, who testified, etc.

Plaintiff shall, no later than June 2, 2007, advise the Court of any further discovery, if any he deems necessary for the prosecution of this case. He may not submit requests for discovery to the defendant(s) without leave of court.

All dispositive motions and briefs in support thereof must be filed by August 1, 2007. Responses are due thirty days after the date of filing.

_/s/ Lisa Pupo Lenihan_
LISA PUPO LENIHAN
United States Magistrate Judge

cc:  Duwayne Carey
     FK-1088
     S.C.I. Pine Grove
     191 Fyock Road
     Indiana, PA 15701

     Counsel of Record