IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUWAYNE CAREY, | ) |
|    Plaintiff, | ) Civil Action No. 06 - 1578 |
| | ) |
| v. | ) Judge Terrence F. McVerry |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| BARRY JOHNSON; LT. BIRKHIMER; and ELEANOR WEAVER, | ) |
| | ) |
|    Defendants. | ) |

**MEMORANDUM ORDER**

On November 27, 2006, the above captioned case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On September 12, 2007, Plaintiff filed a Motion for Temporary Restraining Order and/or Preliminary Injunction (doc. no. 23). On December 3, 2007, Magistrate Judge Lenihan issued a Report and Recommendation (doc. no. 26) recommending that the Motion for Temporary Restraining Order and/or Preliminary Injunction be denied. The parties were advised that they had ten days to file objections with the District Court. No objections have been filed.

After *de novo* review of the record in the case, the following order is entered:

**AND NOW**, this 8th day of January, 2008;

**IT IS HEREBY ORDERED** that the Motion for Temporary Restraining Order and/or Preliminary Injunction (doc. no. 23) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation dated December 23, 2007 (doc. no. 26) is **ADOPTED** as the Opinion of the Court.

By the Court:

s/ Terrence F. McVerry
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Dwayne Carey
723 Penwood Avenue
Wilkinsburg, PA 15221